# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DUSTIN JACKSON

VERSUS

FCCI INSURANCE COMPANY,
NATIONAL TRUST INSURANCE
COMPANY, STEWART INTERIOR
CONTRACTORS, L.L.C., AND
JAMES CAGLE

NO.  2020 CW 1210

**DECEMBER 3, 2020**

---

In Re:  FCCI Insurance Company, National Trust Insurance Company and James Cagle, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 658952.

---

**BEFORE:  HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

   **WRIT DENIED.**   The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

**TMH**
**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT